IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID TUCKER,                          :
                                       :
                    Plaintiff          :
                                       :
          VS.                          :      CIVIL ACTION NO. 7:09-CV-67 (WLS)
                                       :
CAROLTON POWELL, *et al.*,             :
                                       :      PROCEEDINGS UNDER 42 U.S.C. § 1983
                    Defendants         :      BEFORE THE U.S. MAGISTRATE JUDGE
                                       :
_____:             **ORDER**

     Plaintiff **DAVID TUCKER** has filed a Motion for Temporary Restraining Order and an Emergency Motion for Temporary Restraining Order (R. at 3 and 6).  In both, plaintiff requests the Court to issue an order that would (1) prevent unspecified prison officials from opening inmates' mail, (2) force prison officials to provide indigent supplies, and (3) make prison officials provide an adequate law library.

     Plaintiff also requests that prison officials provide the paperwork required by the Court for him to proceed *in forma papueris*.  However, such paperwork is unnecessary because, in a separate order issued this same date, the Court has already granted plaintiff's motion to proceed *in forma papueris* .

     Injunctive relief will not issue unless the complained of conduct is imminent and no other relief or compensation is available.  ***Cunningham v. Adams***, 808 F.2d 815, 821 (11th Cir. 1987). A temporary restraining order or a preliminary injunction is a drastic remedy used primarily for maintaining the status quo of the parties.  ***Cate v. Oldham***, 707 F.2d 1176, 1185 (11th Cir. 1983).

     After a careful review of plaintiff's motions for injunctive relief in light of the requirements set forth in ***Southern Monorail Co. v. Robbins & Myers***, 666 F.2d 185, 186 (11th Cir. 1982), it is

the opinion of the Undersigned that plaintiff has not met the prerequisites for the issuance of a temporary restraining order or preliminary injunction.

Accordingly, the Undersigned **RECOMMENDS** that plaintiff's Motion for Temporary Restraining Order and Emergency Motion for Temporary Restraining Order (R. at 3 and 6) be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this Recommendation with the district judge to whom this case is assigned, within ten (10) days after being served a copy of this Order.

**SO ORDERED** this 22nd day of June, 2009.


*/s/ Richard L. Hodge*_____
            RICHARD L. HODGE
            UNITED STATES MAGISTRATE JUDGE