IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DAVID TUCKER, :
:
    Plaintiff, :
:
v. : 7:09-CV-67 (WLS)
:
CAROLTON POWELL, *et al.*, :
:
    Defendants. :
: 

### ORDER

Presently pending before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge filed July 8, 2009. (Doc. 11). It is recommended that several claims and named Defendants in Plaintiff's Complaint (Doc. 1; Doc. 7; Doc. 10) be **DISMISSED**. Plaintiff timely filed an Objection to the Report and Recommendation on July 9, 2009.

Magistrate Judge Hodge recommended that the Court dismiss Doe defendants from the instant action without prejudice, with leave provided to Plaintiff to amend his complaint with identifiable defendants within the applicable statute of limitations. Magistrate Judge Hodge also recommends dismissal of several of Plaintiff's claims for failure to state a cognizable claim. Magistrate Judge Hodge found that plaintiff did not make any allegations against Officer McCray or Sheriff Carolton Powell. In his objection, Plaintiff seeks an extension of time to properly state his claims and identify appropriate parties. In essence, Plaintiff seeks to amend his complaint.

Accordingly, the Court **ADOPTS-in-part** the Report and Recommendation (Doc. 11). Defendants Jane Doe, John Doe, Officer McCray, and Sheriff Carolton Powell are **DISMISSED**

1

from the instant action. Plaintiff is hereby given leave to file a Motion to Amend his complaint within **twenty (20) days** of the date of this Order.[1]

SO ORDERED, this 20th day of October, 2009.

THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT

---

[1] The Court makes no determination as to the statute of limitations for Plaintiff's purported claims.

2