IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DAVID TUCKER, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 7:09-CV-67 (WLS) |
| CAROLTON POWELL, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed June 22, 2009. (Doc. 9). It is recommended that Plaintiff's Motion for Temporary Restraining Order (Doc. 3) and Emergency Motion for Temporary Restraining Order (Doc. 6) be **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that Magistrate Judge Hodge's Report and Recommendation (Doc. 9) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Temporary Restraining Order (Doc. 3) is **DENIED**. Plaintiff's Emergency Motion for Temporary Restraining Order (Doc. 6) is also **DENIED**.

**SO ORDERED**, this  9th  day of February, 2010.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1